# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0241

_____

ESMIE DUNBAR, as Personal
Representative of the Estate of
Rochelle Rodney, by and on
Behalf of the Estate of Rochelle
Rodney,

    Petitioner,

    v.

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, and SHANDS
TEACHING HOSPITAL and
CLINICS, INC., d/b/a SHANDS AT
THE UNIVERSITY OF FLORIDA,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


April 9, 2025


PER CURIAM.

    DISMISSED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Esmie Dunbar, pro se, Petitioner.

Christine R. Davis of Davis Appeals, PLLC, St. Petersburg, for Respondents.